BERNARD vs. SHAW.

When the APPEAL from the court of the seventh
claimant does
not shew his district.
right to any de-
termined spot,
it cannot be en- MARTIN,* J. delivered the opinion of the
forced.
court. The plaintiff complains that the defen-
dant prevented the sheriff from putting him in
possession of a tract of land, which he recov-
ered in this court, at September term, 1820; 9
*Martin*, 49. The defendant claim'd the posses-
sion of the whole, and alleged a good title.
There was judgment against him and he ap-
pealed.

The facts provent established the plaintiff's
right of possession to the whole; the defendant,
however, gives in evidence, his possession and
cultivation of a field of fifteen arpens; but

*Porter, J. did not join in the opinion, having been of counsel
in the cause.

neither in the pleadings nor in the evidence do we find the means of ascertaining the particular spot on which this possession was exercised. He produced no title; he claimed the whole and did not enable the plaintiff to come prepared to contest his claim upon any determinate part, and nothing in the evidenec enabled the district court to allow his claim to such determinate part. We conclude, the district judge did not err, in disregarding his pretensions; and the case is not such that justice requires we should remand.

It is, therefore, ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Simon* for the plaintiff, *Brownson* for the defendant.

